AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 28 2015

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMINGO ESCOBEDO | ) | Case No. M-15-0112-M |
| USC YOB: 1960 | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  1/27/2015  in the county of  Hidalgo  in the
Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Conspiracy to Possess with Intent to |
| 21 USC 846 | Distribute cocaine, approximately 61.48 kilograms, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On January 27, 2015, a concerned citizen contacted the Weslaco Texas Border Patrol Station regarding a green Chevrolet S10 pickup truck. The citizen stated that said pickup would be smuggling narcotics through the Sonny Miller Farms area during the early morning hours of this date. The information was then disseminated to the Weslaco Border Patrol Agents during the daily briefing.

At approximately 6:25 AM, USBP Agents observed a green Chevrolet S10 as it arrived at Sonny Miller Farms Headquarters and accompanied by three males.

☑ Continued on the attached sheet.

APPROVED BY:  AUSA Kristen Rees
1/27/15

*Complainant's signature*

Marisol Farias, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   1/28/2015  8:51 a.m.

*Judge's signature*

City and state: McAllen, TX

Hon. Peter Ormsby , US Magistrate Judge
*Printed name and title*

## ATTACHMENT

The green Chevrolet S10, with its three occupants, made several trips to various locations throughout the Sonny Miller farms area dropping off foliage/trash and burning it. USBP agents then observed the green Chevrolet S10 traveling south toward the Rio Grande and occupied by three male subjects. The vehicle was then observed by agents as it returned from the Rio Grande River occupied only by the driver. USBP agents made note of the fact that the driver of the green Chevrolet S10 seemed to be adjusting his seat and appeared to be uncomfortable.

At approximately 8:43 AM, USBP agents encountered the green Chevrolet S10 traveling north on McColl Road and then turn east on Military Highway. USBP Agent Jose Galvan activated his emergency equipment and conducted a vehicle stop. USBP Agent Galvan identified himself as a USBP Agent and asked the driver, Domingo ESCOBEDO, his immigration status. ESCOBEDO responded that he was a United States citizen. USBP Agent Galvon asked ESCOBEDO if he was transporting anything illegal. ESCOBEDO informed USBP Agent Galvon that he was transporting bundles of marijuana. USBP Agent Galvon asked for and was granted consent to search the vehicle by ESCOBEDO. As ESCOBEDO stepped out of his vehicle, USBP Agent Galvon observed two black duffle bags located behind the driver's and passenger's seats in plain view. The USBP looked inside the bags to discover several bundles that were wrapped in clear cellophane.

The USBP cut open one of the bundles which revealed a white powdery substance. The substance was tested and a positive reading for the properties of cocaine was obtained. Agent Galvon then placed ESCOBEDO under arrest.

The ten (10) bundles were wrapped in cellophane and contained fifty-five (55) individually wrapped bricks were transported from the place of seizure to the Weslaco Texas USBP station for processing. The combined weight of the bundles was 61.48 kilograms.

At approximately 10:00 AM, McAllen DEA Agents R. James Carter and Marisol Farias arrived at the Weslaco Texas United States Border Patrol Station and subsequently advised ESCOBEDO of his rights. ESCOBEDO signed the rights waiver form and agreed to provide a digitally recorded interview and speak with agents without the benefit of counsel. ESCOBEDO acknowledged that he knowingly transported a illegal substance believed to be marijuana. ESCOBEDO denied knowing that the illegal substance he was transporting was cocaine. ESCOBEDO further stated that he was to receive $2000.00 in United States currency for his services.